JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON KLEIN, | Case No. CV 21-1430-RGK (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| KATHLEEN ALLISON, CDCR Secretary, | |
| Respondent. | |

   Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice as to grounds two through five of the Petition and without prejudice as to ground one.

DATED: December 7, 2021

/s/ Gary Klausner
R. GARY KLAUSNER
U.S. DISTRICT JUDGE